[No. 3569-II.   Division Two.   June 2, 1980.]

FAR EAST SAUNA, ET AL, *Appellants,* v. THE CITY COUNCIL OF BREMERTON, *Respondent.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 70217, Terence Hanley, J., entered July 5,

1018

1978. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Pearson and Petrich, JJ.